January 21, 2005

Mr. Thomas F. Nye
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404

Mr. Robert L. Galligan
Jones Galligan Key & Lozano
P. O. Drawer 1247
Weslaco, TX 78599-1247
Mr. William R. Edwards III
The Edwards Law Firm, L.L.P.
P.O. Box 480
Corpus Christi, TX 78403-0480

RE: Case Number: 03-0949
 Court of Appeals Number: 13-99-00532-CV
 Trial Court Number: C-4097-98-B

Style: MILITARY HIGHWAY WATER SUPPLY CORPORATION
 v.
 FRANCISCA MORIN, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. (Justice Green not
sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Mr. Omar |
| |Guerrero |